IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

GERALD PAYNE,

    Defendant.

Case No. 3:15MJ00208

Chief Magistrate Judge Sharon L. Ovington

## BINDOVER ORDER

This matter was set for preliminary examination on July 29, 2015. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

July 30, 2015

                                            s/ Sharon L. Ovington
                                            Sharon L. Ovington
                                            Chief United States Magistrate Judge